UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRENNA NICOLE WILLIAMS, | Case No. 2:17-cv-00024-JCM-GWF |
| Plaintiff, | ORDER |
| v. | |
| APEX NATIONAL SERVICES, LLC | |
| Defendant. | |

Presently before the court is the case of *Williams v. Apex National Services, LLC*, case number 2:17-cv-00024-JCM-GWF.

On March 13, 2018, pursuant to Local Rule 41-1, the clerk of the court informed plaintiff that, if no action was taken in this case within thirty days, the court would dismiss the case for want of prosecution. (ECF No. 5). The clerk set a LR 41-1 dismissal deadline of April 12, 2018. That deadline has passed. Plaintiff has taken no action to prosecute this case.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the case of *Williams v. Apex National Services, LLC*, case number 2:17-cv-00024-JCM-GWF, be, and the same hereby is, DISMISSED. The clerk of court is instructed to close the case.

DATED THIS 23rd day of April, 2018.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE